IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **EDWARD HENDREX,** | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 3:17-cv-04166-FLW-DEA |
| | § | |
| v. | § | |
| | § | |
| **VERDE ENERGY,** | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

                                                            RESPECTFULLY SUBMITTED,

DATED: April 12, 2018

                                                By: /s/ Amy L. Bennecoff Ginsburg
                                                    Amy L. Bennecoff Ginsburg, Esq.
                                                    Kimmel & Silverman, P.C.
                                                    30 E. Butler Avenue
                                                    Ambler, PA 19002
                                                    Tel: 215-540-8888
                                                    Fax: 215-540-8817
                                                    aginsburg@creditlaw.com

                                                    Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

I, Amy L. Bennecoff Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

JILL RACHEL COHEN, ESQ.
ECKERT SEAMANS CHERIN & MELLOT, LLC
2000 LENOX DRIVE, SUITE 203
P.O. Box 5404
PRINCETON, NJ 08543
Phone: 609-989-5060
Email: jcohen@eckertseamans.com
Attorneys for Defendant


Dated: April 12, 2018         By: /s/ Amy L. Bennecoff Ginsburg
                              Amy L. Bennecoff Ginsburg, Esq.
                              Kimmel & Silverman, P.C.
                              30 E. Butler Avenue
                              Ambler, PA 19002
                              Tel: 215-540-8888
                              Fax: 215-540-8817
                              aginsburg@creditlaw.com