## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

EDWARD HENDREX,

                                        *Plaintiff,*

                    v.

VERDE ENERGY,

                                        *Defendant.*

Civil Case No.: 3:17-cv-04166-FLW-DEA

**DOCUMENT FILED ELECTRONICALLY**

### STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between the Plaintiff, Edward Hendrex, and the Defendant, through their respective counsel, that the above-captioned action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own costs and attorney fees.

/s/

Richard Albanese
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
P: 215.648.3453
F: 1.877.788.2864
ralbanese@creditlaw.com
*Attorneys for Plaintiff*

/s/ *Jill R. Cohen*

Jill R. Cohen (JRC – 3448)
Eckert Seamans Cherin & Mellott, LLC
Princeton Pike Corporate Center, Suite 203
2000 Lenox Dr.
Lawrenceville, NJ 08648
P: 609.392.2100
F: 609.392.7956
jcohen@eckertseamans.com
*Attorneys for Defendant*

Dated: ~~April~~ May 4, 2018