IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWARD HENDREX, <br><br> *Plaintiff,* <br><br> v. <br><br> VERDE ENERGY, <br><br> *Defendant.* | Civil Case No.: 3:17-cv-04166-FLW-DEA <br><br> **DOCUMENT FILED ELECTRONICALLY** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between the Plaintiff, Edward Hendrex, and the Defendant, through their respective counsel, that the above-captioned action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorney fees.

/s/ _____
Richard Albanese
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
P: 215.648.3453
F: 1.877.788.2864
ralbanese@creditlaw.com
*Attorneys for Plaintiff*

/s/ *Jill R. Cohen*
Jill R. Cohen (JRC – 3448)
Eckert Seamans Cherin & Mellott, LLC
Princeton Pike Corporate Center, Suite 203
2000 Lenox Dr.
Lawrenceville, NJ 08648
P: 609.392.2100
F: 609.392.7956
jcohen@eckertseamans.com
*Attorneys for Defendant*

Dated: ~~April~~ May 4, 2018

It is further ordered that the Clerk of the Court is directed to reopen this action and upon entry of this order, the case and docket shall be marked closed.
IT IS SO ORDERED:

_____
FREDA L. WOLFSON, U.S.D.J. 5-7-18